**08 C 1321**

**JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ**

EXHIBIT A

Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Timms, Jerome A | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-6438 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>9544 S. Woodlawn<br>Chicago, IL   ZIP Code 60628 | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

Official Form 1 (4/07)     FORM B1, Page 2

| **Voluntary Petition** <br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br>Timms, Jerome A |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B <br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. If urther certify that I d elivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br>**X** /s/ Brian E. Alexander     June 22, 2007 <br>Signature of Attorney for Debtor(s)     (Date) <br>**Brian E. Alexander 0027456** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07) FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Timms, Jerome A |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Jerome A Timms**
Signature of Debtor **Jerome A Timms**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 22, 2007**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney**

**X /s/ Brian E. Alexander**
Signature of Attorney for Debtor(s)

**Brian E. Alexander 0027456**
Printed Name of Attorney for Debtor(s)

**Alexander, Alexander & Assiciates**
Firm Name

**111 West Washington Street**
**Suite 750**
**Chicago, IL 60602**

Address

Email: brian@alexalexlaw.com
**312-346-8822  Fax: 312-346-8824**
Telephone Number

**June 22, 2007**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 6F (10/06) - Cont.

In re  Jerome A Timms                                    Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035320166411015** <br><br> **The Home Depot/CBSD** <br> **PO BOX 6003** <br> **Hagerstown, MD 21747-6003** | | - | Line of Credit | | | | 2,960.00 |
| Account No. **108310569775830** <br><br> **Wells Fargo Financial** <br> **15864 La Grange Road, D-1F** <br> **Orland Park, IL 60462-5356** | | - | Line of Credit | | | | 886.00 |
| Account No. **1002284411** <br><br> **Zenith Acquisition Corporation** <br> **170 Northpointe PA** <br> **Suite 300** <br> **Buffalo, NY 14228** | | - | Line of Credit | | | | 1,057.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,903.00**

Total (Report on Summary of Schedules)  **38,262.78**

**EXHIBIT B**

| FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05) | Case Number 07-11217 |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 22, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jerome A Timms
9544 S. Woodlawn
Chicago, IL 60628

| Case Number:<br>07-11217 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-6438 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Brian E Alexander<br>Alexander, Alexander & Associates<br>111 W Washington Street<br>Suite 750<br>Chicago, IL 60602<br>Telephone number: 312 346-8822 | Bankruptcy Trustee (name and address):<br>Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173<br>Telephone number: 847 884-8282 |

## Meeting of Creditors:

Date: **July 25, 2007**      Time: **02:30 PM**

Location: **227 W Monroe Street, Room 3360, Chicago, IL 60606**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: September 24, 2007**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-888-232-6814 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday – Friday 9:00 AM –4:30 PM | Date: June 25, 2007 |

## EXPLANATIONS

FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- Refer to Other Side for Important Deadlines and Notices ---

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: ckeith              Page 1 of 1              Date Rcvd: Jun 25, 2007
Case: 07-11217                 Form ID: b9a              Total Served: 29

The following entities were served by first class mail on Jun 27, 2007.
db          +Jerome A Timms,    9544 S. Woodlawn,    Chicago, IL 60628-1638
aty         +Brian E Alexander,    Alexander, Alexander & Associates,    111 W Washington Street,    Suite 750,
              Chicago, IL 60602-2813
tr          +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
11438894    +B.C.C.,    29 East Madison Street,    Suite 1650,    Chicago, IL 60602-4427
11438895    +Bank of America,    4060 Ogletown Stan,    DE5-019-03-07,    Newark, DE 19713-3102
11438896    +Bureau of Collection Recovery, Inc,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
11438897    +CACH LLC,    370 17th Street,    Suite 5000,    Denver, CO 80202-5690
11438898     Central Portfolio Control, Inc.,    6640 Shady Oak Road,    Suite 300,    Eden Prairie, MN 55344-7710
11438899    +Cingular Wireless,    P.O.Box 6428,    Carol Stream, IL 60197-6428
11438900     Citicorp Credit Services, Inc,    PO BOX 140516,    Toledo, OH 43614-0516
11438901     Citigroup Credit Services, Inc,    Payment Processing Center,    BOX 3136,
              Milwaukee, WI 53201-3136
11438902    +Client Services, Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
11438903    +CreditMax LLC,    625 N Flagler Dr,    Suite 625,    West Palm Beach, FL 33401-4000
11438905     Homecoming Financial Net,    Bankruptcy Department,    2711 N. Haskell Ave, Suite 1000,
              Dallas, TX 75204-2911
11438906    +I.C. System Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
11438907    +NCO Financial Systems, Inc,    PO BOX 15630,    Dept 72,    Wilmington, DE 19850-5630
11438908    +Nelson, Watson & Associates, LLC,    80 Merrimack Street Lower Level,    Haverhill, MA 01830-5211
11438909    +Nextcard Inc,    PO BOX 922968,    Norcross, GA 30010-2968
11438910    +NuMark Credit Union,    P.O. Box 2729,    Joliet, IL 60434-2729
11438911    +PENTAGROUP FINANCIAL,    5959 CORPORATE DRIVE, SUITE 1400,    Houston, TX 77036-2311
11438912     Platinum Recovery Solutions, Inc.,    PO BOX 3708,    Omaha, NE 68103-0708
11438913    +Saxon Mortgage SVS Inc.,    4708 Merchantile Drive,    Fort Worth, TX 76137-3605
11438914     The CBE Group Inc.,    131 Tower Park, Suite 100,    PO BOX 2547,    Waterloo, IA 50704-2547
11438915     The Home Depot/CBSD,    PO BOX 6003,    Hagerstown, MD 21747-6003
11438917    +United Collection Bureau Inc.,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
11438918     Wells Fargo Financial,    15864 La Grange Road, D-1F,    Orland Park, IL 60462-5356
11438919    +Worldwide Asset Purchasing, LLC,    GLB Department,    PO BOX 379041,    Las Vegas, NV 89137-9041
11438920    +Zenith Acquisition Corporation,    170 Northpointe PA,    Suite 300,    Buffalo, NY 14228-1884

The following entities were served by electronic transmission on Jun 26, 2007.
11438899    +EDI: CINGMIDLAND.COM Jun 25 2007 22:57:00      Cingular Wireless,    P.O.Box 6428,
              Carol Stream, IL 60197-6428
11438904    +EDI: TSYS.COM Jun 25 2007 22:58:00      GEMB/Walmart,    P O BOX 981400,    El Paso, TX 79998-1400
11438919    +EDI: WESTASSET.COM Jun 25 2007 22:58:00      Worldwide Asset Purchasing, LLC,    GLB Department,
              PO BOX 379041,    Las Vegas, NV 89137-9041
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11438916*    The Home Depot/CBSD,    PO BOX 6003,    Hagerstown, MD 21747-6003
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2007                          Signature:   *Joseph Speetjens*

**EXHIBIT C**

Form B18 (10/05)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 07-11217
Chapter 7

In Re

Debtor*
    Jerome A Timms
    9544 S. Woodlawn
    Chicago, IL 60628

Social Security No.:
    xxx-xx-6438

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: September 25, 2007

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).*

Form B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: bchavez              Page 1 of 1                 Date Rcvd: Sep 25, 2007
Case: 07-11217                  Form ID: b18               Total Served: 31

The following entities were served by first class mail on Sep 27, 2007.
db              +Jerome A Timms,    9544 S. Woodlawn,    Chicago, IL 60628-1638
aty             +Brian E Alexander,    Alexander, Alexander & Associates,   111 W Washington Street,   Suite 750,
                  Chicago, IL 60602-2813
tr              +Alex D Moglia, ESQ,   Moglia Advisors,    1325 Remington Rd, Ste H,   Schaumburg, IL 60173-4815
11438894        +B.C.C.,   29 East Madison Street,    Suite 1650,   Chicago, IL 60602-4427
11438895         Bank of America,    4060 Ogletown Stan,   DE5-019-03-07,   Newark, DE 19713
11438896        +Bureau of Collection Recovery, Inc,   7575 Corporate Way,   Eden Prairie, MN 55344-2000
11438897        +CACH LLC,    370 17th Street,   Suite 5000,   Denver, CO 80202-5690
11438898         Central Portfolio Control, Inc.,   6640 Shady Oak Road,    Suite 300,
                  Eden Prairie, MN 55344-7710
11438900         Citicorp Credit Services, Inc,   PO BOX 140516,    Toledo, OH 43614-0516
11438901         Citigroup Credit Services, Inc,   Payment Processing Center,    BOX 3136,
                  Milwaukee, WI 53201-3136
11438902        +Client Services, Inc,    3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
11438903        +CreditMax LLC,    625 N Flagler Dr,   Suite 625,   West Palm Beach, FL 33401-4000
11438905        +Homecoming Financial Net,   Bankruptcy Department,    2711 N. Haskell Ave, Suite 1000,
                  Dallas, TX 75204-2918
11438906        +I.C. System Inc.,   P.O. Box 64378,    Saint Paul, MN 55164-0378
11438907        +NCO Financial Systems, Inc,   PO BOX 15630,    Dept 72,   Wilmington, DE 19850-5630
11438908        +Nelson, Watson & Associates, LLC,   80 Merrimack Street Lower Level,   Haverhill, MA 01830-5211
11438909        +Nextcard Inc,   PO BOX 922968,    Norcross, GA 30010-2968
11438910        +NuMark Credit Union,   P.O. Box 2729,    Joliet, IL 60434-2729
11438911        +PENTAGROUP FINANCIAL,    5959 CORPORATE DRIVE, SUITE 1400,    Houston, TX 77036-2311
11438912         Platinum Recovery Solutions, Inc.,   PO BOX 3708,    Omaha, NE 68103-0708
11438913        +Saxon Mortgage SVS Inc.,    4708 Merchantile Drive,   Fort Worth, TX 76137-3605
11438914         The CBE Group Inc.,   131 Tower Park, Suite 100,    PO BOX 2547,   Waterloo, IA 50704-2547
11438915         The Home Depot/CBSD,    PO BOX 6003,   Hagerstown, MD 21747-6003
11438917        +United Collection Bureau Inc.,   5620 Southwyck Blvd,    Suite 206,   Toledo, OH 43614-1501
11438918         Wells Fargo Financial,    15864 La Grange Road, D-1F,   Orland Park, IL 60462-5356
11438919        +Worldwide Asset Purchasing, LLC,   GLB Department,    PO BOX 379041,   Las Vegas, NV 89137-9041
11438920        +Zenith Acquisition Corporation,   170 Northpointe PA,    Suite 300,   Buffalo, NY 14228-1884

The following entities were served by electronic transmission on Sep 26, 2007.
11505737        +EDI: AMEREXPR.COM Sep 26 2007 02:21:00     American Express,    Suite 0001,
                  Chicago, IL 60679-0001
11532303         EDI: BECKLEE.COM Sep 26 2007 02:21:00     American Express Centurion Bank,
                  c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
11438899        +EDI: CINGMIDLAND.COM Sep 26 2007 02:21:00     Cingular Wireless,   P.O.Box 6428,
                  Carol Stream, IL 60197-6428
11438904        +EDI: TSYS.COM Sep 26 2007 02:20:00     GEMB/Walmart,   P O BOX 981400,   El Paso, TX 79998-1400
11438919        +EDI: WESTASSET.COM Sep 26 2007 02:20:00     Worldwide Asset Purchasing, LLC,   GLB Department,
                  PO BOX 379041,   Las Vegas, NV 89137-9041
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11438916*        The Home Depot/CBSD,   PO BOX 6003,    Hagerstown, MD 21747-6003
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2007          Signature: *Joseph Speetjens*

**EXHIBIT D**

Case 1:08-cv-01321    Document 1-2    Filed 03/05/2008    Page 14 of 18

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

NORTH STAR CAPITAL ACQUISITION LLC
        Plaintiff

vs.

JEROME A TIMMS

        Defendant

No. 07M1 212537

Return Date: DEC 0 6 2007

contract
Amount claimed: $999.00
Plus court costs

### COMPLAINT

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant(s), states as follows:

1. The Defendant(s) utilized a charge account and/or line of credit issued by Plaintiff or its assignors whereby Defendant(s) could charge goods and services to their account and/or receive cash advances.

2. The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due Plaintiff of $999.00.

3. Due demand has been made on the Defendant(s) to pay this amount and the Defendant(s) have failed to do so.

    WHEREFORE, Plaintiff prays for judgment against the Defendant(s) in the amount of $999.00 plus interest and court costs.

Blitt and Gaines, P.C.
Attorney for Plaintiff
661 Glenn Avenue
Wheeling, IL 60090
(847) 403-4900
32887

This is an attempt to collect a debt and any information will be used for that purpose.

07-13797-0
3850-05

**EXHIBIT E**

NORTH STAR CAPITAL ACQUISITION, LLC.
           Plaintiff

vs.

JEROME A. TIMMS
           Defendant

69775830

## AFFIDAVIT

I, _Jennifer Solano_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Wells Fargo Financial;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $999.00.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this _11_ day of _Oct_, 2007

_____
NOTARY PUBLIC

07-13797-0
3850-05
T83462

# North Star Capital Acquisition, LLC

## Charge-Off Statement

| ACCOUNT NUMBER | PAYMENT DUE DATE | PAST DUE AMOUNT | MINIMUM PAYMENT | NEW BALANCE | AMOUNT OF PAYMENT ENCLOSED |
|---|---|---|---|---|---|
| 69775830 | 11/30/2006 | 999.00 | | 999.00 | $ |

JEROME A TIMMS
9544 S WOODLAWN AVE
CHICAGO IL 60628-1638

220 JOHN GLENN DRIVE
SUITE 1
AMHERST, NY 14228

13797

| ACCOUNT NUMBER | CREDIT LINE | CREDIT AVAILABLE | DAYS IN BILLING CYCLE | BILL DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 69775830 | 800.00 | | 32 | 11/20/2006 | 11/30/2006 | |

| DATE OF TRANS | POST | REFERENCE NUMBER | DESCRIPTION OF TRANSACTIONS | AMOUNT |
|---|---|---|---|---|
| 0000 | 0000 | | OVERLIMIT FEE | 0.00 |
| 0000 | 0000 | | LATE CHARGE - MIN PYMT NOT RECD BY DATE | 0.00 |
| | | | **** FINANCE CHARGE CURRENT PURCHASE | |

| PREVIOUS BALANCE | PAYMENTS | CREDITS | NEW PURCHASES AND ADVANCES | DEBIT ADJUSTMENTS | FINANCE CHARGES | OVERLINE AMOUNT | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 999.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 999.00 |

AN AMOUNT FOLLOWED BY A MINUS SIGN(-) IS A CREDIT BALANCE UNLESS OTHERWISE INDICATED

| YOU MAY AVOID ADDITIONAL FINANCE CHARGES IF YOU PAY THIS AMOUNT BY THE DUE DATE | TYPES OF CREDIT TO WHICH RATES APPLY | FINANCE CHARGE BALANCES | DAILY PERIODIC RATE | NOMINAL ANNUAL PERCENTAGE RATES | ANNUAL PERCENTAGE RATES |
|---|---|---|---|---|---|
| | PURCHASES | | .05474 % | % | 19.98 % |
| $ | ADVANCES | | % | % | % |
| | | | | | |
| | | | | | |