**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Jerome Timms,<br>     Plaintiff,<br>v.<br>Data Search N.Y., Inc. and North Star Capital Acquisition LLC<br>     Defendant. | Case Number:<br><br>**FILED**<br>**MARCH 5, 2008**<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>PH    **08 C 1321**<br><br>**JUDGE ANDERSEN**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| | |
|---|---|
| NAME (Type or print)<br>Cathleen M. Combs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Cathleen M. Combs | |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS<br>120 S. LaSalle Street, Suite 1800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00472840 | TELEPHONE NUMBER<br>312-739-4200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐