## United States District Court for the Northern District of Illinois

Case Number: `08cv1321`   Assigned/Issued By: `PH`

Judge Name: `Andersen`   Designated Magistrate Judge: `Valdez`

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
　　　　　　　　[ ] IFP       [ ] No Fee   [ ] Other _____
　　　　　　　　[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350.00`   Receipt #: `2588113`

Date Payment Rec'd: `03/05/2008`   Fiscal Clerk: _____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
[ ] Writ _____                          (Victim, Against and $ Amount)
　　　　(Type of Writ)

`2` Original and `0` copies on `03/05/2008` as to `Data Search N.Y., Inc`
　　　　　　　　　　　　　　　　　　(Date)
`d/b/a TrakAmerica, LLC or TrakAmerica and North Star Capital`

`Acquisition LLC d/b/a Zenith Acquisition Corp.`

C:\wpwin80\docket\feeinfo.frm    03/14/05