AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JEROME TIMMS,

    Plaintiff,

V.

DATA SEARCH N.Y., INC., and NORTH STAR CAPITAL ACQUISITION LLC,

    Defendant

CASE NUMBER: **08 C 1321**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Aschenbrener
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Flr.
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 5, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE MARCH 19, 2008 |
|---|---|
| NAME OF SERVER (PRINT) JONATHAN KAHN | TITLE LEAD PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, LLC 6851 JERICHO TPK, SUITE 190, SYOSSET, NY 11791 COPIES LEFT WITH CARL HERN*, MANAGER, ON MARCH 19, 2008 AT 12:58 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): * MALE, WHITE, AGE: APROX. 40, 5'8", 160 LBS, SHORT BROWN HAIR

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL -0- | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

STATE OF NEW YORK
COUNTY OF SUFFOLK

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 19, 2008
Date

Signature of Server

JONATHAN KAHN
924 HAWKINS AVE.
LAKE GROVE, NY 11755
Address of Server

SUBSCRIBED AND SWORN TO BEFORE ME BY JONATHAN KAHN THIS 19th DAY OF MARCH, 2008

ELIZABETH MEYER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01ME6016846
SUFFOLK COUNTY
My Commission Expires
November 30, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.