IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME TIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | )   08 CV 1321 |
| vs. | ) |
| | )   Judge Andersen |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) |
| AMERICA, LLC and TRAK AMERICA, | )   Magistrate Judge Valdez |
| and NORTH STAR CAPITAL | ) |
| ACQUISTION LLC, | ) |
| | ) |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(ii), Plaintiff Jerome Timms ("Timms") and Defendants Data Search N.Y., Inc. d/b/a Trak America, LLC and Trak America ("Trak America") and North Star Capital Acquisition, LLC ("North Star"), hereby stipulate and agree that:

1. All claims and causes of action brought by Timms against Trak America and North Star in the above-captioned matter are dismissed with prejudice.

2. Each party shall bear its own fees, expenses, and costs. Any claim for recovery of attorney fees or other costs under any statutory or common law fee shifting provision is waived.

April 23, 2008
**JEROME TIMMS**

By: s/ Michael J. Aschenbrener
    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Michael James Aschenbrener
    Edelman, Combs, Latturner &
    Goodwin, LLC
    120 South LaSalle Street
    18th Floor
    Chicago, IL 60603
    (312) 739-4200

*Attorneys for Jerome Timms*

Respectfully submitted,
**DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, and NORTH STAR CAPITAL ACQUISITION, LLC**

By: s/ Todd P. Stelter
    David M. Schultz
    Todd P. Stelter
    HINSHAW & CULBERTSON LLP
    222 N LaSalle St, Ste. 300
    Chicago, IL 60601-1081
    p: 312.704.3000
    f: 312.704-3001

*Attorneys for Trak America and North Star*